UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14457-CIV-CANNON

**DAVID ORTIZ**,

    Plaintiff,

v.

**TROMBERG MORRIS POULIN PLLC**,

    Defendant.

_____/

## ORDER STAYING CASE

**THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. To promote efficiency and conserve judicial resources, the Court determines that this case should be stayed pending the issuance of the mandate following *en banc* rehearing in *Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 11th Cir. No. 19-14434, which presents similar issues under the Fair Debt Collection Act as relevant here. *See* 15 U.S.C. § 1692c(b). Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This matter is **STAYED** pending issuance of the mandate in *Hunstein* as stated above.

2. The Clerk shall **CLOSE** this case for administrative purposes only, without prejudice to the parties.

3. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

4. Within fourteen (14) days following the issuance of the mandate in *Hunstein*, Plaintiff shall file a motion to reopen this matter, following which the parties will be permitted to refile any relevant motions.

5. If the above-styled action is resolved by way of mediation or a settlement, the parties shall

CASE NO. 21-14457-CIV-CANNON

promptly file a Notice of Settlement.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 8th day of December 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record